NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5100

CRV ENTERPRISES, INC. and
C. RYAN VOORHEES,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-660,
Judge Susan G. Braden.

ON MOTION

O R D E R

CRV Enterprises, Inc. et al. (CRV) move for a 31-day extension of time, until November 2, 2009, to file their brief. CRV states that the United States consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   John H. Patton, Esq.
      Aaron P. Avila, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK